UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORRIS EDWARD COLE,                    )        NO.  EDCV 13-217-PSG (AGR)
                                       )
                 Petitioner,           )
                                       )        JUDGMENT
        v.                             )
                                       )
R. GROUNDS, Warden,                    )
                                       )
                 Respondent.           )
_____)

        Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 23, 2015          _____
                                       PHILIP S. GUTIERREZ
                                       United States District Judge